**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 1 4 2005 ★

BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

TODD MCCORD,

                    Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                    Defendants.
----------------------------------------x

**STIPULATION OF SETTLEMENT AND DISCONTINUANCE**

97 Civ. 1283 (FB) (ASC)

       **WHEREAS**, plaintiff Todd McCord commenced this proceeding by filing a complaint on or about March 17, 1997, alleging that certain of his federal and state rights were violated; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations;

       **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admissions of fault or liability; and

       **WHEREAS**, there is no person not a party who has any interest in the subject matter of this proceeding; it is hereby

**STIPULATED AND AGREED**, by and between the undersigned herein, that all claims that were asserted or could have been asserted by or on behalf of Todd McCord, in the above-captioned proceeding are hereby dismissed and discontinued with prejudice and without attorneys' fees or costs to any party.

Dated:    New York, New York
          July 5, 2005

Law Offices of Tom Stickel, Esq.           MICHAEL A. CARDOZO
Counsel for Plaintiff                      Corporation Counsel of the
910 Grand Concourse, Suite 1K                City of New York
Bronx, NY 10451-1799                       Attorney for Defendants
                                           100 Church Street, Room 2-191
                                           New York, N.Y. 10007
                                           (212) 788-1275

By: _____                By: _____
    NEIL GRONOWETTER (NG    )                  ABIGAIL GOLDENBERG (AG4378)
                      0238                     Assistant Corporation Counsel

SO ORDERED:

_____
        U.S.D.J.   7/8/05



| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ABBY GOLDENBERG**<br>Phone: (212) 788-1275<br>Fax: (212) 788-0940<br>abgolden@law.nyc.gov |

July 6, 2005

BY MAIL
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: <u>McCord v. City of New York, et al.</u>, 97 Civ. 1283 (FB)(ASC)

Dear Judge Block:

        I am the Assistant Corporation Counsel assigned to represent the defendants in the above-referenced matter. I write to respectfully request that the enclosed Stipulation of Settlement and Discontinuance be so ordered by the Court. Thank you for your consideration of this request.

        Respectfully Submitted,

        Abigail Goldenberg (AG4378)
        Assistant Corporation Counsel

cc:    Neil Gronowetter, by mail
encl.